THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

 v.

 
 
 
Tyron Cardell Silva,       
Appellant.
 
 
 

Appeal From Florence County
B. Hicks Harwell, Jr., Circuit Court Judge

Unpublished Opinion 
 No. 2003-UP-570
Submitted July 15, 2003  Filed October 
 1, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Edgar L. Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM:  Tyron Cardell Silva was charged with breaking and entering 
 a motor vehicle, criminal conspiracy, possession of burglary tools, and grand 
 larceny.  He pled guilty to criminal conspiracy.  He was sentenced to five years, 
 suspended upon the service of three years, with probation for five years.  Silvas 
 appellate counsel filed a brief pursuant to Anders v. California, 386 
 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from 
 representation, asserting there are no directly appealable issues of arguable 
 merit.  Silva did not file a pro se response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.